**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TOPANGA BP, LLC,<br><br>　　　　　　　Defendant. | Case No. CV 21-3522-DMG (AGRx)<br><br>**JUDGMENT** |

This Court having granted Plaintiff Brian Whitaker's Motion for Default Judgment on August 27, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Topanga BP, LLC.  Defendant is ORDERED to provide a wheelchair-accessible service counter and wheelchair-accessible seating in compliance with the ADA at the Blaze Pizza located at 6600 Topanga Canyon Blvd., Canoga Park, California, and to pay $1,465 in attorneys' fees and $402 in litigation costs to Plaintiff.

DATED: August 27, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE